ORIGINAL

JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
EDWARD S. MIYAUCHI (SBN 230553)
edward@marshallsuzuki.com
TOKIKO YASUDA (SBN 257128)
tokiko@marshallsuzuki.com
ANDREW BARTLETT (SBN 305565)
andrew.bartlett@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorneys for Takeshobo Inc.

FILED
JUL 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DMCA Subpoena to Cloudflare, Inc.

Case No. CV 19 80 181 MISC

DECLARATION OF HIROYUKI NAKAJIMA

BY FAX

TSH

I, Hiroyuki Nakajima, declare and testify as follows:

1. I am an attorney duly licensed to practice law in Japan. I represent Takeshobo Inc., a Japanese corporation, in the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2. Takeshobo Inc. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers. Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _July, 14_, 2019.

_Hiroyuki Nakajima_
Hiroyuki Nakajima
Attorney for Takeshobo Inc.

In re DMCA Subpoena to Cloudflare, Inc.
Declaration of Hiroyuki Nakajima

-Page 2 of 2-

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL nakajima@flex-law.gr.jp
Attorney for Takeshobo Inc.

July 12, 2019

<u>Via Email</u>

Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: <u>abuse@cloudflare.com</u>

    RE: **NOTIFICATION OF COPYRIGHT INFRINGEMENT**
           **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent Takeshobo Inc., a Japanese corporation (hereinafter called "Takeshobo"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to Takeshobo's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://hoshinoromi.org/,https://s14.worldjobproject.org/,https://s3.worldjobproject.org/, https://s7.worldjobproject.org/,https://hanascan.com/,https://mangahato.com/, https://mangatiki.com/,more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    Takeshobo has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease

Cloudflare, Inc.
July 12, 2019
2 of 3

any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from https://hoshinoromi.org/, https://s14.worldjobproject.org/, https://s3.worldjobproject.org/, https://s7.worldjobproject.org/, https://hanascan.com/, https://mangahato.com/, https://mangatiki.com/ or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that Takeshobo and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Cloudflare, Inc.
July 12, 2019
Page 3 of 3
Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | メイドインアビス (Made in Abyss) | Author known as つくしあきひと (Tukushi Akihito) | http://www.takeshobo.co.jp/book_d/shohin/2049601 | https://hoshinoromi.org/viewer/04211ee7c5635642d98f176c6b836eb1d8a62fdd5c3e1c48d4e8891ef123db28 | メイドインアビス |
| 2 | メイドインアビス (Made in Abyss) | Author known as つくしあきひと (Tukushi Akihito) | http://www.takeshobo.co.jp/book_d/shohin/2049602 | https://hoshinoromi.org/viewer/e6afa11c10c86ebe748777fdbe3e021fa7f5ce52efd615e59d0bb78d91be36d7 | メイドインアビス |
| 3 | メイドインアビス (Made in Abyss) | Author known as つくしあきひと (Tukushi Akihito) | http://www.takeshobo.co.jp/book_d/shohin/2049603 | https://hoshinoromi.org/viewer/a12d9c18d7d759470d990324e63365ed7b104d0a72c797947b47f6d021c4384c | メイドインアビス |
| 4 | メイドインアビス (Made in Abyss) | Author known as つくしあきひと (Tukushi Akihito) | http://www.takeshobo.co.jp/book_d/shohin/2049604 | https://hoshinoromi.org/viewer/2b6d976685deb3deaad0c401ae42d69708a05873c0851d2b744712795e7c0a31 | メイドインアビス |
| 5 | メイドインアビス (Made in Abyss) | Author known as つくしあきひと (Tukushi Akihito) | http://www.takeshobo.co.jp/book_d/shohin/2049605 | https://hoshinoromi.org/viewer/b215cf16c958368a09c49cda744707e94060caf349638fcd7d295d8b241b38e5 | メイドインアビス |
| 6 | メイドインアビス (Made in Abyss) | Author known as つくしあきひと (Tukushi Akihito) | http://www.takeshobo.co.jp/book_d/shohin/2049606 | https://hoshinoromi.org/viewer/b88fb6dfdb615fea900f0b27bc060e64c9b656fc1b5e2c706a932c2cb781c420 | メイドインアビス |
| 7 | メイドインアビス (Made in Abyss) | Author known as つくしあきひと (Tukushi Akihito) | http://www.takeshobo.co.jp/book_d/shohin/2049607 | https://hoshinoromi.org/viewer/901571f2ea5a1f4f40b481422f9e5d4bb9e2a8adc91359d7b0e539dec647ce01 | メイドインアビス |
| 8 | メイドインアビス (Made in Abyss) | Author known as つくしあきひと (Tukushi Akihito) | http://www.takeshobo.co.jp/book_d/shohin/2049608 | https://hoshinoromi.org/viewer/6439801e35ec1da39b300a5f5089fa17e35c247f788685b0c98548595fa46d9d | メイドインアビス |
| 9 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://www.takeshobo.co.jp/book_d/shohin/2811001 | https://hoshinoromi.org/viewer/d09f68d8271442498863fc5c036b2d87a670d346d7517f4d67516559b96c96d5 | どるから |
| 10 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://www.takeshobo.co.jp/book_d/shohin/2811001 | https://s14.worldjobproject.org/image/d09f68d8271442498863fc5c036b2d87a670d346d7517f4d67516559b96c96d5/1.jpg?k1=zQ6UWefsuDHeYOtWGa8BTw&k2=2114434799&k3=1 | どるから |
| 11 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://www.takeshobo.co.jp/book_d/shohin/2811002 | https://hoshinoromi.org/viewer/2df44bf3fec78b4c7e40236ae6a01fae3aca4b0b13b6e03b2211e923dcb55fa1 | どるから |
| 12 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://www.takeshobo.co.jp/book_d/shohin/2811002 | https://s3.worldjobproject.org/image/2df44bf3fec78b4c7e40236ae6a01fae3aca4b0b13b6e03b2211e923dcb55fa1/1.jpg?k1=x8-Zks5KLyWs1_9iWzcC5w&k2=2114434799&k3=1 | どるから |
| 13 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://www.takeshobo.co.jp/book_d/shohin/2811003 | https://hoshinoromi.org/viewer/6b12a1f70fc51cde10784846a09ee2ab218b85a006dfa2ce5e094938dbbfc2f3 | どるから |
| 14 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://www.takeshobo.co.jp/book_d/shohin/2811003 | https://s7.worldjobproject.org/image/6b12a1f70fc51cde10784846a09ee2ab218b85a006dfa2ce5e094938dbbfc2f3/1.jpg?k1=Vb617KAPq8PnjnxDr8xa0A&k2=2114434799&k3=1 | どるから |
| 15 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://webcomicgamma.takeshobo.co.jp/manga/dorukara/_files/024/ | https://hanascan.com/read-dolkara-raw-chapter-24.html | Dolkara - Raw Chapter 24 |
| 16 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://webcomicgamma.takeshobo.co.jp/manga/dorukara/_files/001/ | https://hanascan.com/read-dolkara-raw-chapter-1.html | Dolkara - Raw Chapter 1 |
| 17 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://webcomicgamma.takeshobo.co.jp/manga/dorukara/_files/024/ | https://mangahato.com/read-dolkara-raw-chapter-24.html | Dolkara - Raw Chapter 24 |
| 18 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://webcomicgamma.takeshobo.co.jp/manga/dorukara/_files/001/ | https://mangahato.com/read-dolkara-raw-chapter-1.html | Dolkara - Raw Chapter 1 |
| 19 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://webcomicgamma.takeshobo.co.jp/manga/dorukara/_files/024/ | https://mangatiki.com/read-dolkara-raw-chapter-24.html | Dolkara - Raw Chapter 24 |
| 20 | どるから (Dolkara) | 石井 和義 (Kazuyoshi Ishii) | http://webcomicgamma.takeshobo.co.jp/manga/dorukara/_files/001/ | https://mangatiki.com/read-dolkara-raw-chapter-1.html | Dolkara - Raw Chapter 1 |

EXHIBIT A